HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATIONAL ASSOCIATION OF REALTORS,

    Plaintiff,

v.

DATA DISTRIBUTION TECHNOLOGIES, LLC.

    Defendants.

CASE NO. C16-851RAJ

ORDER

The Court is in receipt of Plaintiff National Association of Realtors' ("Plaintiff") *Ex Parte* Notice of Statutory Automatic Stay. Dkt. # 2. Through that notice, Plaintiff informs this Court that the patent at issue – United States Patent No. 6,529,908 (the "'908 Patent") – is the subject of pending *inter partes* review No. 2016-01075 filed on May 19, 2016.

35 U.S.C. § 315(a)(2) provides that for an "**Infringer's civil action**":

**(2) Stay of civil action.**--If the petitioner or real party in interest files a civil action challenging the validity of a claim of the patent on or after the date on which the petitioner files a petition for inter partes review of the patent, *that civil action shall be automatically stayed* until either--

**(A)** the patent owner moves the court to lift the stay;

**(B)** the patent owner files a civil action or counterclaim alleging that the petitioner or real party in interest has infringed the patent; or

ORDER – 1

**(C)** the petitioner or real party in interest moves the court to dismiss the civil action.

(emphasis added).

Plaintiff's suit challenges the validity of the '908 Patent.  *See* Compl. ¶¶ 175-179.  It was filed on June 8, 2016, after the filing of the *inter partes* review petition.  As such, this case is subject to an automatic stay.  The Court therefore **STAYS** this case until such time that the patent owner (or real party in interest) takes any of the actions specified in 35 U.S.C. § 315(a)(2) or the *inter partes* review concludes.  During the stay, Plaintiff is **ORDERED** to file a status report with this Court informing it of the status of the *inter partes* review proceedings.  Plaintiff is also directed – should Defendant choose not to take any of the actions specified in 35 U.S.C. § 315(a)(2) – to file a joint status report with Defendant within **twenty (20) days** of the final exhaustion of the pending *inter partes* review proceedings, including any appeals, indicating that all appeals have been exhausted, requesting that this matter be reopened, and proposing a schedule in line with the Court's Standing Patent Order.

DATED this 22nd day of June, 2016.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER – 2