The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL ASSOCIATION OF REALTORS, a Not-For-Profit Corporation,<br><br>                        Plaintiff,<br><br>    v.<br><br>DATA DISTRIBUTION TECHNOLOGIES, LLC,<br><br>                        Defendant. | No. C16- 00851RAJ<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff National Association of REALTORS® hereby voluntarily dismisses with prejudice the above-identified action against Defendant Data Distribution Technologies, LLC.

PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE - 1
Case No. 2:16-cv-00851

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

51547637.6

Dated the 15th day of September, 2016.

                FOSTER PEPPER PLLC

*/s/ Joel B. Ard*
Joel B. Ard, WSBA No. 40104

*/s/ Richard T. Black*
Richard T. Black, WSBA No. 20899

*/s/ Benjamin J. Hodges*
Benjamin J. Hodges, WSBA No. 49301
1111 Third Avenue, Suite 3000
Seattle, WA 98101-3296
Telephone: (206) 447-4400
Facsimile: (206) 447-9700

Email: joel.ard@foster.com
       rich.black@foster.com
       ben.hodges@foster.com

PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE - 2
Case No. 2:16-cv-00851

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

51547637.6

# PROOF OF SERVICE

I, Joel B. Ard, state that I am a citizen of the United States of America and a resident of the State of Washington, I am over the age of twenty one years, I am not a party to this action, and I am competent to be a witness herein. I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System.

On September 15, 2016, true and correct copies of the foregoing was served by electronic mail and by first-class, postage prepaid mail on the following counsel for Defendant:

> Mark S. Carlson
> Hagens Berman Sobol Shapiro, LLP
> 1918 Eighth Avenue, Suite 3300
> Seattle, WA 98101
> Email: markc@hbsslaw.com
>
> Dmitry Kheyfits
> Kheyfits P.C.
> 1140 Avenue of the Americas, 9th Floor
> New York, NY 10036
> Email: dkheyfits@kheyfits.com

There are no parties who have appeared in this action as of today's date that need to be served manually.

I DECLARE under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 15th day of September, 2016.

> */s/ Joel B. Ard*
> Joel B. Ard

PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE - 3
Case No. 2:16-cv-00851

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

51547637.6